UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:22-CR-105-FDW |
|---|---|
| v. | ) NOTICE OF SUBSTITUTION OF COUNSEL |
| MARLIN HERSHEY, et al | ) |

**NOW COMES** the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, who moves to this Honorable Court for an Order to Substitute AUSA Taylor G. Stout as the undersigned Assistant United States Attorney as counsel for the government in the above-referenced action. Please remove AUSA Graham Billings as counsel for the government.

Respectfully submitted on this day of January 26, 2023.

DENA J. KING
UNITED STATES ATTORNEY

**//s//Taylor G. Stout**
Taylor G. Stout
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 338-3112
Taylor.Stout@usdoj.gov